IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LACY EMBRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-05-RRA-0390-S |
| SECURITY ENGINEERS, INC., ) | |
| ) | |
| Defendants. ) | |

**Memorandum of Opinion**

The case comes before the court on the motion for summary judgment filed by the defendant. (Doc. 21). The magistrate issued a report and recommendation on January 10, 2007, and recommended that the motion be granted and all claims be dismissed. The time for filing objections has expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

Done this 22nd day of February 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153